**JAMIE WRIGHT         SBN264484**
J. WRIGHT LAW GROUP, P.C.
8939 S. Sepulveda Blvd., Suite 102
Los Angeles, CA 90045
Telephone: (866) 731-7505
Facsimile: (866) 731-7505
Email:  jwright@jamiewrightlawfirm.com

ATTORNEY FOR DEFENDANT ARDREDA JOHNSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSBY CAPITAL USA LLC, ) | Case No. |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF REMOVAL OF ACTION** |
| v. ) | **TO FEDERAL COURT** |
| ) | **[28 U.S.C. §1446(d)]** |
| ARDREDA JOHNSON; and DOES 1-10, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**TO THE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to *28 U.S.C. §§1441* and *1446*, Defendant, ARDREDA JOHNSON, hereby removes the state court action currently pending in the Superior Court of the State of California, Fontana Courthouse, Case No. UDFS1806354, to the United States District Court for the Central District of California.

1

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

As grounds for removal, Defendant ARDREDA JOHNSON, states the following:

## I.   STATEMENT OF THE CASE

On September 28, 2018, Plaintiff, CROSBY CAPITAL USA LLC, hereinafter referred to as "CCU", commenced an action in the San Bernardino Superior Court, Fontana Courthouse styled "Crosby Capital USA LLC v. Ardreda Johnson, et al" under for the County of San Bernardino, Fontana Courthouse, Case No. UDFS1806354.  The Complaint along with all pleadings and papers received and/or filed by Defendant ARDREDA JOHNSON and pending in the State Court action are attached hereto. Attached as **Exhibit "A"** is a true and correct copy of Plaintiff's Complaint and all other filings and pleadings.

This lawsuit concerns real property located at 7352 Stonehaven Place, Rancho Cucamonga, CA 91730 (the "Property").  The Complaint alleges that Plaintiff, CCU, purchased said Property at an auction sale July 3, 2018 and thereafter "duly perfected" title.  Plaintiff CCU seeks an order of possession and rent from Defendant.  Defendant contends that the foreclosure sale was wrongful and Plaintiff did not perfect title. Defendant also contents there was never an agreement to pay rent to Plaintiff.

## II.   BASIS FOR REMOVAL

### A.   Diversity Jurisdiction

This Court has jurisdiction over this matter pursuant to *28 U.S.C. §1332(a)* because Plaintiff is not a citizen of California, Defendant is not a Citizen of California, the parties are completely diverse, and the amount in controversy exceeds $75,000.00.

2

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

Diversity jurisdiction exists if there is "complete diversity between all named plaintiffs and all named defendants, and no defendant is a citizen of the forum State." *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 84, 126 S. Ct. 606, 610, 163 L.Ed. 2d 415 (2005). The amount in controversy must also exceed $75,000.00. *See 28 U.S.C. §1332(a)*.

Defendant ARDREDA JOHNSON is a citizen and resident of California.

Plaintiff CROSBY CAPITAL USA LLC, "USA," is not a citizen of California, and a limited liability company. The citizenship of a limited liability company is determined by the citizenship of each of its members. *Pramco, LLC ex rel. CFSC Consortium, LLC v. San Juan Bay Marina, Inc.*, 435 F.3d 51, 54 (1st Cir. 2006). CCU is not a registered entity in California. CCU's headquarter office is located in Miami Beach, Florida.

The amount in controversy requirement is also met. "The amount in controversy for jurisdictional purposes is determined by the amount of damages or the value of the property that is the subject of the action." *Meisel v. Allstate Indem. Co.*, 357 F. Supp. 2d 1222, 1225 (E.D Cal. 2005). Plaintiff seeks possession of Defendant's property which the value exceeds $350,000.00. The value of the object of the instant litigation – the real property at issue and the value thereon – is well over $75,000.00.

In cases involving mortgage loans, as in the case at bar, the amount in controversy may be established by the loan amounts. *Nguyen v. Wells Fargo Bank, N.A.*, 749 F.Supp.2d 1022 (N.D. Cal. 2010); *Contimortgage Corp. v. Angelezis*, 173 Fed.App.'x. 458, 460 (7th Cir. 2004) ("The amount in controversy was the unpaid balance of about

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

$171,000.00 on the defaulted loan"); *Land Holdings (St. Thomas) Ltd. v. Mega Holdings*, et al., 283 F.3d 616, 620 (3d Cir. 2002) ("Because this foreclosure auction concerns a parcel of property, the amount in controversy requirement was easily met…")  Based on the aforementioned, Defendant has satisfied the amount in controversy.

## III.   SUPPLEMENTAL JURISDICTION

There is an issue of title and a violation of federal laws under the federal Fair Debt Collection Practices Act, hereinafter referred to as "FDCPA," *15 U.S.C. §1692f(6)* which confer original jurisdiction on federal courts in suits to address the deprivation of rights secured by federal law.

This Court also has supplemental jurisdiction over the pendant state law claims because the state law claims are so related to the federal claim that they form part of the same case or controversy under Article III of the United States Constitution, pursuant to *28 U.S.C. §1367*.

## IV.   ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

Removal of this action is timely.  This Court is part of the "district and division" embracing the place where the State Court action was filed and so is a proper venue for removal.  *28 U.S.C. §1446(a)*.

On or about January 3, 2019.  Plaintiff filed a Notice of Ruling from the hearing held on December 31, 2018.  *28 U.S.C. §1446(b)(3)* states the following:

> Except as provided in subsection (c), if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise,

4

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

Based on the aforementioned, Defendant's removal is timely.

Pursuant to *28 U.S.C. §1446(a)*, a true and correct copy of all of the process, pleadings, and orders on file in the state court action are attached hereto as **Exhibit "A"**.

Written notice of the filing of this notice of removal will be given to the Plaintiff.

A copy of the Notice of Removal to Federal Court will be timely filed with the Clerk of the State Court in which the action is pending and served on Plaintiff pursuant to *28 U.S.C. §1446(d)*.

This Notice of Removal is signed pursuant to Fed.R.Civ.P.11. *See U.S.C. § 1446(a)*.

Pursuant to Section 1016 of the Judicial Improvements and Access to Justice Act of 1988, no bond is required in connection with the Notice of Removal. Pursuant to Section 1016 of the Act, this Notice need not be verified.

## CONCLUSION

In the event that Plaintiff seek to remand this case, or the Court considers remand *sua sponte*, Defendant respectfully request the opportunity to submit such additional argument and/or evidence in support of removal as may be necessary.

WHEREFORE, Defendant prays that the above action now pending against them in the Superior Court of California, County of San Bernardino, Fontana Courthouse be removed therefrom to this Court.

5

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

Respectfully submitted,

DATED:  January 28, 2019

**J. WRIGHT LAW GROUP, P.C.**


 */s/ Jamie Wright*_____
Jamie Wright
Attorney for Defendant Ardreda Johnson

6

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

## CERTIFICATE OF SERVICE

*Crosby Capital USA LLC v. Ardreda Johnson, Et Al*

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 12223 Highland Avenue, #106-355, Rancho Cucamonga, California 91739.  On January 28, 2019, I served the following document(s) by the method indicated below:

## NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

[   ]  by transmitting via facsimile on this date the document(s) listed above to the facsimile numbers set forth below.  The transmission was completed before the close of business and was reported complete and without error.

[ X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Rancho Cucamonga, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

[ X ]  BY CM/ECF ELECTRONIC DELIVERY:  In accordance with the registered case participants and in accordance with the procedures set forth at the United States District Courts, Central District of California website https://ecf.cacd.uscourts.gov.

[   ]  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.  A copy of the consignment slip is attached to this proof of service.

(See Attached Service List)

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on January 28, 2019, at Rancho Cucamonga, California.


  */s/ Trina Patterson*
Trina Patterson

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

## SERVICE LIST

Crosby Capital USA LLC v. Ardreda Johnson, Et Al

Authorized Agent for Defendant Plaintiff CROSBY CAPITAL USA LLC

Aldridge Pite, LLP
c/o William R. Jarrell
4375 Jutland Drive, Suite 200
San Diego, CA 92177-0934
Telephone: (619) 398-3264
Facsimile: (858) 590-1385
Email:  wjarrell@aldridgepite.com

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**