

# United States District Court
## Central District of California
## Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

January 31, 2019

 San Bernardino County Superior Court
 17780 Arrow Boulevard
 Fontana, CA 92335

Re:  Case Number:  _____5:19–cv–00168–PA–SHK_____
 Previously Superior Court Case No. _____UDFS1806354_____
 Case Name: _____Crosby Capital USA LLC v. Ardreda Johnson, et al_____

Dear Sir/Madam:

 Pursuant to this Court's ORDER OF REMAND issued on _____1/29/2019_____, the above–referenced case is hereby remanded to your jurisdiction.

 Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

 Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: _/s/ Margo Mead_
 Deputy Clerk
 margo_mead@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: _____

_____     Deputy Clerk
Date

CV–103 (05/18)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)